WILLIAM F. RITTER, IV
8350 N. Central Expressway
Suite 1310
Dallas, Texas 75206-1639
T 214.724.5364
F 214-373.3455
*William@ritterlawworks.com*
ATTORNEY FOR PLAINTIFF
DIANNE DORMAN

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIANNE DORMAN | § | CASE NO. 16-40061-RFN-13 |
| | § | |
| Debtor | § | |
| _____ | § | |
| | § | |
| DIANNE DORMAN | § | ADV. NO. 16-04072-RFN |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| Mortgage Loan Servicer for | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | § | |
| | § | |
| *Defendant* | § | |

### MOTION TO DISMISS ADVERSARY PROCEEDING

Plaintiff moves this court to dismiss without prejudice the Plaintiff's Adversary Proceeding, Adv. No. 16-04072, for the reason that the Plaintiff no longer wishes to prosecute any causes of action against the Defendant at this time. The parties have entered into an agreement in the Plaintiff's Bankruptcy Case, Case No. 16-40061, titled "Notice of Agreed Resolution of Objection to Confirmation" [Doc 52] and entered with the Court which resolves immediate issues between the parties concerning Defendant's claim. There is no opposition to the relief sought in this Motion.

Respectfully submitted,

/s/ William Ritter
WILLIAM F. RITTER, IV
State Bar No. 16955500

MOTION TO DISMISS ADVERSARY PROCEEDING – PAGE 1

        8350 N Central Expressway
        Suite 1310
        Dallas, Texas 75206
        T 214.724.5364
        F 214.373.3455
        *william@ritterlawworks.com*

        ATTORNEY FOR PLAINTIFF
        DIANNE DORMAN

## CERTIFICATE OF CONFERENCE

I certify that on August 8, 2016 I conferred with Andrew Spaniol with regard to the relief requested in this motion and to which he is not opposed.

        /s/ William Ritter
        WILLIAM F. RITTER, IV

## CERTIFICATE OF SERVICE

I certify that on August 8, 2016 a true copy of the above and foregoing Motion to Dismiss Adversary Proceeding has been served via electronic notice and/or by U.S. first class mail on the following:

ANDREW SPANIOL         *andrew.spaniol@bryancave.com*
BRYAN CAVE LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
ATTORNEYS FOR DEFENDANT
OCWEN LOAN SERVICING, LLC

        /s/ William Ritter
        WILLIAM F. RITTER, IV