



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 11, 2016

United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIANNE DORMAN | § | CASE NO. 16-40061-RFN-13 |
| | § | |
| Debtor | § | |
| _____ | § | |
| | § | |
| DIANNE DORMAN | § | ADV. NO. 16-04072-RFN |
| | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| Mortgage Loan Servicer for | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | § | |
| | § | |
| *Defendant* | § | |

### ORDER DISMISSING CASE

There came for consideration before this Court the Motion to Dismiss Adversary Proceeding ("Motion") filed by the Plaintiff, Dianne Dorman. After considering the Motion and there being no opposition, the Court finds that the Motion shall in all things be GRANTED.

IT IS ORDERED that the Adversary Proceeding, Adv. No. 16-04072 styled "Dianne Dorman vs. Ocwen Loan Servicing, LLC, mortgage loan servicer for Deutsche Bank National Trust Company is hereby DISMISSED without prejudice to the Plaintiff of refiling same.

# # # END OF ORDER # # #

APPROVED AS TO FORM:


/s/ William Ritter
WILLIAM F. RITTER, IV
ATTORNEY FOR PLAINTIFF
DIANNE DORMAN



/s/ Andrew Spaniol by permission
ANDREW SPANIOL
ATTORNEYS FOR DEFENDANT
OCWEN LOAN SERVICING, LLC